IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ANGELA MCCALL, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Case No. 1:14-cv-00207 |
| v. | )<br>) |
| THE FRESH MARKET, INC., | ) Judge Mattice<br>) |
| Defendant. | ) Magistrate Judge Lee<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties hereby submit this Stipulation of Dismissal. Plaintiff's claims shall be dismissed with prejudice, with each party to bear their own costs and expense.

Accordingly, this action is DISMISSED with prejudice.

Stipulated to and approved for entry,   Stipulated to and approved for entry,

/s/ Grace E. Daniell by TLP
Grace E. Daniell, BPR # 012045
LAW OFFICES OF GRACE E. DNIELL
620 Lindsey Street, Suite 210
Chattanooga, TN 37403
(423) 266-3179
(423) 634-8991
gcdaniell@gracedaniell.com

*Attorney for Plaintiff*

/s/ Tara L. Presnell
Tara L. Presnell, # 024424
Rachel R. Rosenblatt, # 027501
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
Phone: (615) 383-3033
Fax: (615) 383-3323
TPresnell@littler.com
RRosenblatt@littler.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

Grace E. Daniell, P.C.
620 Lindsey Street, Suite 210
Chattanooga, TN 37403
gcdaniell@gracedaniell.com

on this 23rd day of December, 2014.

/s/ Tara L. Presnell
Tara L. Presnell

Firmwide:130815475.1 049890.1088